UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 19-10850-399  Chapter 13 |
| ) | |
| BRIAN STEELE ) | |
| EMILY STEELE ) | |
| ) | |
| Debtors ) | |
| ) | |

**TRUSTEE'S WITHDRAWAL OF Objection to Notice of Post-Petition Fees, Expenses and Charges**

   **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Notice Of Post-Petition Fees, Expenses And Charges for claim 9 dated November 26, 2019.

Dated: December 05, 2019               /s/ Diana S. Daugherty, Chapter 13 Trustee
WDMISCCLM--JS
                                       Diana S. Daugherty, Chapter 13 Trustee
                                       P.O. Box 430908
                                       St. Louis, MO  63143
                                       (314) 781-8100  Fax: (314) 781-8881
                                       trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

   I certify that a true and correct copy of the foregoing document was filed electronically on December 05, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

   I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on December 05, 2019.

BRIAN STEELE                           HOME POINT FINANCIAL CORP
EMILY STEELE                           11511 LUNA RD
1004 ELLIOT COURT                      STE 300
PERRYVILLE, MO  63775                  FARMERS BRANCH, TX  75234

                                       MILLSAP & SINGER PC
                                       612 SPIRIT DR
                                       CHESTERFIELD, MO  63005

                                       SOTTILE & BARILE LLC
                                       394 WARDS CORNER RD
                                       STE 180
                                       LOVELAND, OH  45140

/s/ Diana S. Daugherty, Chapter 13 Trustee

Diana S. Daugherty, Chapter 13 Trustee